THE LAW OFFICE OF
# DALE W. PITTMAN, P.C.
THE ELIZA SPOTSWOOD HOUSE
112-A WEST TABB STREET
PETERSBURG, VIRGINIA 23803-3212
TELEPHONE (804) 861-6000
FACSIMILE (804) 861-3368

DALE W. PITTMAN
dale@pittmanlawoffice.com

September 16, 2009

Fernando Galindo, Clerk
United States District Court
Civil Division
701 East Broad Street, Suite 3000
Richmond, Virginia 23219-3528

**Re: Barbara Barbour v. Apex Financial Management, LLC, Civil Action No. 3:09cv455**

Dear Mr. Galindo:

    The above-referenced matter has settled. We will be forwarding a dismissal Order to the Court shortly.

    Please call if you have any questions. Thank you for your anticipated cooperation and assistance in this regard.

Yours very truly,

Dale W. Pittman

Copies to:     Barbara Barbour
               Boyd W. Gentry, Esquire (via email)
               Paige Levy, Esquire (via email)



RECEIVED SEP 17 2009 CLERK, U.S. DISTRICT COURT RICHMOND, VA